# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 07-mj-07032 |
| CAROLYN ATTEBERRY | Mark Hanchey<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 111 | Assaulting a Federal Employee | On or About April 8, 2007 | 1 |

Defendant sentenced to 30 days in jail, with 30 days suspended. To complete a Level I Drug & Alcohol Awareness class and a Mental Health evaluation and to follow the recommendations. Defendant to write a letter of apology to the officer. Fine of $300; Special Assessment fee of $10; and $25 Processing fee assessed. Proof of same to be provided to the government.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:** $335 | $10; $25 Processing Fee | $300.00 |

August 1, 2007
Date of Imposition of Judgment

s/ Boyd N. Boland
Signature of Judicial Officer

Boyd N. Boland, U.S. Magistrate Judge
Name & Title of Judicial Officer

August 20, 2007
Date